

| | |
|---|---|
| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>July 17, 2025 |
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>         324 |
| Receipt Number<br>IOE | Received Date<br>July 27, 2023 | Priority Date | Page<br>1 of 2 |

TIANLIN ZHANG
3 SAINT EVE CT
MIDDLETOWN NY  10940

A Number

Receipt Number

*Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application.* (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

***Who should come with you:***
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/son or daughter relationship and the son or daughter is a minor, the petitioning parent and the son or daughter must appear for the interview.

***YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:*** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your husband or wife coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your husband or wife's Birth Certificate;
  - Your husband or wife's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your husband or wife were ever married before, all divorce decrees/death certificates for each prior marriage;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your husband or wife's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your husband or wife may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car,

| | |
|---|---|
| **PLEASE COME TO:** U.S. Citizenship and Immigration Services<br>500 New Karner Road<br>3rd Floor<br>Albany, NY  12205 | **ON:** Wednesday, August 27, 2025<br>**AT:** 01:30PM |

1



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | Notice Date<br>July 17, 2025 |
|---|---|---|---|
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>324 |
| Receipt Number<br>IOE | Received Date<br>July 27, 2023 | Priority Date | Page<br>2 of 2 |

- house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

**NOTE:** For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your husband or wife does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to **www.uscis.gov/accommodations** or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

| **PLEASE COME TO:** U.S. Citizenship and Immigration Services<br>500 New Karner Road<br>3rd Floor<br>Albany, NY  12205 | **ON:** Wednesday, August 27, 2025<br>**AT:** 01:30PM |
|---|---|

2