July 31, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
500 New Karner Road, 3rd Floor
Albany, NY 12205



TIANLIN ZHANG
3 SAINT EVE CT
MIDDLETOWN, NY 10940



RE: I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your Form I-485, Application to Register Permanent Residence or Adjust Status, filed on July 27, 2023 under section 245 of the Immigration and Nationality Act (hereinafter referred to as INA or "the Act") based on being the beneficiary of a family-based immigrant petition. Please read this letter carefully, follow all of the instructions, and provide the requested evidence and information in order for us to make a final decision on your case. Include duplicate copies if you are requesting consular notification.

### What You Need to Do

You must provide the following information in order for us to make a final decision on your case:

**Submit the Notarial Certificate of Birth issued by the appropriate civil authority for the applicant, TIANLIN ZHANG.** The U.S. Department of State's visa reciprocity and civil documents indicates that the Notarial Certificate of Birth must be submitted.

For more information about the acceptable country-specific documentation, please visit www.travel.state.gov. Enter "Visa Reciprocity and Civil Documents by Country" in the search box. Select *Civil Documents And How To Use Them* from the listed search results. For birth documentation requirements, choose the applicant's country of birth and review the information under the "Birth, Death, Burial Certificates" section.

**Your response must be received in this office by October 23, 2025**

This Request for Evidence (RFE) provides the maximum time allowed for your response. You have 84 days (87 if received by mail) from the date of this notice to submit any additional information, evidence, or arguments to support your application. We cannot grant an extension. See 8 CFR §103.2(b)(8)(iv).

As immigration benefits are time-sensitive, respond promptly, but no later than the deadline. If you submit partial evidence, we will only consider the information the evidence you provide to us. Failure to respond within the allotted time may result in denial of your case. Any interim benefits potentially stemming from this application or petition will be delayed while your response is pending.

**General Guidelines for Submitting Evidence:**

- All requested documents must be submitted on time and completely, either by mail or via the MyUSCIS account.
- Submit all requested evidence in a single, combined submission.
- Evidence submitted after the deadline will not be considered.
- Respond to this request by the given deadline.

Please respond to this request by either mailing the requested information to the address provided or, for faster service, by uploading your documents to your MyUSCIS account (if applicable). Please choose only one method: either mail or upload, not both.

**Guidelines for Uploading Evidence:**

- This upload process only applies to cases with a receipt number starting with "IOE" followed by 10 digits (e.g., IOE9988888888). If your case does not have an "IOE" receipt number, you must respond by mail.
- Your account may be accessed or created at: https://myaccount.uscis.gov.
- When USCIS requests original, certified documents, you must respond by mail. Original documents cannot be uploaded to your online account.
- After uploading all required documents, retain them for your records and do not send them to USCIS by mail.

If submitting a foreign language document, provide a full and complete certified English translation of the entire document. This includes translating the registrar's name, information, signature, and any official stamps. The translator must certify that the translation is accurate and that they are qualified to translate from the foreign language into English. Also, include a copy of the original, foreign language document.

We strongly recommend you keep copies of all documents submitted to USCIS in response to this request. Processing of your Form I-485 will resume when we receive your response. If you do not respond to this request by October 23, 2025, we may deny your case. Please include this entire letter as the first page of your response and keep a copy for your records. Failure to include this letter may delay case processing.

If you wish to withdraw this petition, please submit a signed and dated written withdrawal request.

**If responding by mail, send your response to this address:**

**U.S. Citizenship and Immigration Services**
**Albany Field Office**
**500 New Karner Road, 3rd Floor**
**Albany, NY 12205**

For questions about your applications or petitions filed with USCIS or if you need additional assistance, forms or filing instructions, visit our web site at www.uscis.gov. You can use our online tools at www.uscis.gov/tools, including our virtual assistant Emma for information and guidance.

Please use our Case Status Online Tool at https://egov.uscis.gov for status updates. You can also reach out to the USCIS Contact Center online by visiting www.uscis.gov/contactcenter. If you are not able to find the information you need online, call the USCIS Contact Center at 1-800-375-5283. If you are hearing impaired, call the USCIS Contact Center TTY at 1-800-767-1833

Sincerely,

*[signature]*

Gwynne Dinolfo
Field Office Director
Officer: 4112