| | |
|---|---|
| NOTICE OF INTERVIEW CANCELLATION BY USCIS | Notice Date<br>July 31, 2025 |
| Case Type<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | A#<br>█████ 324 |
| Receipt Number<br>IOE0█████ | Received Date<br>July 27, 2023 | Priority Date | Page<br>1 of 1 |

TIANLIN ZHANG
3 SAINT EVE CT
MIDDLETOWN  NY  10940

This is to advise you that, due to unforeseen circumstances, we have canceled the previously scheduled interview on     Wednesday, August 27, 2025     at     01:30PM     for the above applicant. We regret any inconvenience this may cause. You will be notified of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact us at the address or USCIS Contact Center below:

**Office Address:**

ALBANY FIELD OFFICE
U.S. CITIZENSHIP & IMMIGRATION SVC
500 New Karner Road
Third Floor
Albany NY 12205

A Number
███████████

Receipt Number
███████████

**USCIS Contact Center:**

USCIS Contact Center:
1-800-375-5283

For TDD Hearing Impaired Assistance:
1-800-767-1833