UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIANLIN ZHANG,<br><br>       Plaintiff,<br><br>  v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, JOSEPH B. EDLOW, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services,[1] U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and ZORAIDA GOMEZ, in her official capacity as Field Office Director of the USCIS (New York Field Office),<br><br>       Defendants. | No. 25 Civ. 4838 (AT) (HJR) |

## CERTIFICATE OF SERVICE

  I, Mark Osmond, an Assistant United States Attorney for the Southern District of New York, hereby certify that on September 3, 2025, I caused Defendants' Memorandum of Law (Dkt. No. 22) and the unreported cases cited therein and the Declaration of Lisa LaCouture (Dkt. No. 23) to be served via first-class mail on:

  Tianlin Zhang
  3 Saint Eve Ct.
  Middletown, NY 10940

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the above-referenced individuals are automatically substituted for Merick B. Garland, Alejandro Mayorkas, and Kika Scott as defendants in this matter.

Dated: New York, New York
      September 3, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Mark Osmond
MARK OSMOND
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2713
Email: mark.osmond@usdoj.gov