Tianlin Zhang
Plaintiff, Pro Se
3 Saint Eve Ct., Middletown, NY 10940
lynwang12345@gmail.com
845-283-1665



Date: September 17, 2025

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

Re: **Zhang v. Garland, Civil Action No. 25-cv-4838 (AT) (HJR)**
     **Submission of Notice of Supplemental Authority and Related Exhibits**

Dear Clerk of Court:

Enclosed please find the following documents submitted by the Plaintiff in the above-captioned case:

**1. Notice of Supplemental Authority**
**2. Exhibit A & B**
**3. Certificate of Service**

This submission is provided to update the Court regarding the October 2025 Visa Bulletin for the F2A category and to supplement the record in this case.

A copy of these materials has also been served on Defendants' counsel, as indicated in the attached Certificate of Service.

Thank you for your attention to this matter.

Respectfully submitted,

Tianlin Zhang    *Tianlin Zhang*
Pro Se Plaintiff



Tianlin Zhang
3 Saint Eve Ct.
Middletown, NY 10940

Retail
U.S. POSTAGE PAID
FCM LG ENV
MIDDLETOWN, NY 108
SEP 17, 2025
10007  $1.90
RDC 99  S2324K501927-19

~~Clerk~~ Pro Se Intake Unit
U.S. District Court
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

RECEIVED SEP 23 2025 PRO SE OFFICE