UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/24/2025_____

TIANLIN ZHANG,

                    Plaintiff,

          -v-

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, ET AL. ,

                    Defendants.

## ORDER

25-CV-4838 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff Tianlin Zhang filed this action on June 9, 2025, seeking a judgment compelling Defendant United States Citizenship and Immigration Services ("USCIS") to promptly adjudicate her application to adjust status (Form I-485), and awarding Plaintiff damages and costs. ECF No. 1 at 11.[1] Plaintiff alleges that USCIS provided no update or decision on her case from February 7, 2025, when her application was reopened, through the filing of this Action. ECF No. 1 at 5–6.

On August 12, 2025, Defendants filed a motion to dismiss with supporting documentation, arguing that this case should be dismissed as moot, among other reasons. ECF Nos. 14–16. Defendants also filed the notice to pro se litigant who opposes a Rule 12 motion supported by matters outside the pleadings, as required by Local Civil Rule 12.1. ECF No. 17. On August 19, 2025, Plaintiff filed her

---

[1] The page number citations referred to those page numbers stamped at the top of each page.

opposition to the motion to dismiss.  ECF No. 20.  Defendants filed their reply on September 3, 2025.  ECF No. 22.

By an Amended Order of Reference dated September 2, 2025, ECF No. 21, this action was referred to the undersigned for general pretrial supervision and a report and recommendation with respect to Defendants' motion to dismiss at ECF No. 14.

On October 6, 2025, Defendants filed a letter to the undersigned, attaching the approval notice sent to Plaintiff with respect to her application for adjustment of status.  ECF No. 27.

## CONCLUSION

Accordingly, by **November 21, 2025**, Plaintiff is directed to submit a letter brief not to exceed three single-spaced pages that explains why the undersigned should not recommend that Defendants' motion to dismiss her complaint as moot be granted and this action be dismissed in light of USCIS's October 2, 2025 approval of her application for adjusted status.  In the alternative, if Plaintiff believes that this action is moot in light of USCIS's approval of her application, Plaintiff may dismiss this action without a court order by filing a stipulation of dismissal signed by all parties who have appeared pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: October 24, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge