UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tianlin Zhang,

                    Plaintiff,

          -against-

Merrick B. Garland, in his official capacity as Attorney
General of the United States; Alejandro Mayorkas, in his
official capacity as Secretary of the Department of
Homeland Security; Kika Scott, in her official capacity as
Acting Director of U.S. Citizenship and Immigration
Services; U.S. Citizenship and Immigration Services; and
Zoraida Gomez, in her official capacity as Field Office
Director of the USCIS New York Field Office,

                    Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  1/15/2026____

25 Civ. 4838 (AT) (HJR)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

Plaintiff *pro se*, Tianlin Zhang, brings this action seeking an order compelling the United States Citizenship and Immigration Services ("USCIS") to adjudicate her application for an adjustment of immigration status. *See* Compl., ECF No. 1, at 5–6, 11. The government moved to dismiss the case, noting that USCIS had taken further steps to review Zhang's application after her complaint was filed. *See* Mot., ECF No. 14; Mem., ECF No. 16. By order dated September 2, 2025, the Court referred the motion to the Honorable Henry J. Ricardo for a report and recommendation ("R&R"), *see* ECF No. 21, and on October 2, 2025, while the motion was still pending, USCIS approved Zhang's application for adjustment. *See* R&R, ECF No. 29, at 2–3; ECF No. 27-1.[1] On December 8, 2025, Judge Ricardo issued an R&R recommending that the government's motion be granted and the case dismissed as moot. *See* R&R at 7.

Although Judge Ricardo's R&R notified the parties of their right to object to the R&R, no objections were filed, and the time to do so has now passed. *See* R&R at 7–8; Fed. R. Civ. P. 72(b)(2). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Ricardo's thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS Judge Ricardo's R&R in its entirety. The complaint is DISMISSED as moot.

          SO ORDERED.

Dated:  January 15, 2026
          New York, New York

ANALISA TORRES
United States District Judge

---

[1] After receiving notice of the approval of Zhang's application, Judge Ricardo ordered Zhang to submit a response. *See* ECF No. 28. No response was submitted; indeed, Zhang has made no filing in this case since October 2, 2025.