**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TIANLIN ZHANG,

                                Plaintiff,

          -against-                                            25 **CIVIL** 4838 (AT) (HJR)

                                                      **JUDGMENT**

MERRICK B. GARLAND, ET AL.,

                            Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 15, 2026, the Court ADOPTS Judge Ricardo's R&R in its entirety. The complaint is DISMISSED as moot.

**Dated:**  New York, New York

      January 20, 2026

                                         **TAMMI M. HELLWIG**

                                            **Clerk of Court**

                      **BY:**

                                            **Deputy Clerk**